IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LONNIE SOMERVILLE, TDCJ No. 2027525, | § § § | |
| Petitioner, | § § | |
| V. | § § | No. 3:20-cv-2408-K |
| DIRECTOR, TDCJ-CID, | § § § | |
| Respondent. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Petitioner filed objections. The District Court reviewed the proposed findings, conclusions, and recommendation *de novo*. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Petitioner's Objections are OVERRULED/

SO ORDERED.

Signed June 22nd, 2022.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE

1